# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CONTINENTAL AG, et al.,<br><br>    Defendants. | CIVIL ACTION NO. 6:21-cv-635-ADA<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO DISMISS

WHEREAS, Defendants Continental AG, Continental Automotive GmbH, Continental Automotive Holding Netherlands B.V. and Continental Automotive Systems, Inc. (collectively, "Continental") and Plaintiff American Patents LLC ("American") have resolved American's claims for relief against Continental asserted in this case and Continental's counterclaims against American asserted in this case.

NOW, THEREFORE, American and Continental, through their attorneys of record, request this Court to dismiss all claims and counterclaims asserted by American against Continental and by Continental against American in this case with prejudice, with each party to bear their own attorneys' fees, costs of court, and expenses.

Dated: December 1, 2021

Respectfully submitted,

/s/ *Zachariah S. Harrington*
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com

Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Christopher Ryan Pinckney
Texas Bar No. 24067819
ryan@ahtlawfirm.com

ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM, PC
815 South Broadway Avenue
Tyler, Texas 75701
(903) 593-7000

*Attorneys for American Patents LLC*


By: */s/ Jennifer Klein Ayers*
Jennifer Klein Ayers (Texas SBN 24069322)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2200 Ross Avenue, 24th Floor
Dallas, Texas 75201
T: 469.391.7400; F: 469.391.7401
Martin R. Bader (*pro hac vice*)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
12275 El Camino Real, Suite 100
San Diego, CA 92130
(858) 720.8900 (telephone); (858) 509.3691 (fax)
Trevor J. Quist (*pro hac vice*)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
379 Lytton Avenue
Palo Alto, CA 94301
(650) 815.2600 (telephone); (650) 815.2601 (fax)

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on December 1, 2021.

                                          */s/Zachariah S. Harrington*
                                          Zachariah S. Harrington